# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: SYNGENTA AG MIR162 CORN
LITIGATION                                                                                                          MDL No. 2591

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –27)

On December 11, 2014, the Panel transferred 8 civil action(s) to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2014). Since that time, 1,780 additional action(s) have been transferred to the District of Kansas. With the consent of that court, all such actions have been assigned to the Honorable John W Lungstrum.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Lungstrum.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Kansas for the reasons stated in the order of December 11, 2014, and, with the consent of that court, assigned to the Honorable John W Lungstrum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: SYNGENTA AG MIR162 CORN
LITIGATION  MDL No. 2591

## SCHEDULE CTO−27 – TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

MINNESOTA

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 15−02113 | Kothe et al v. Syngenta Corporation et al |
| MN | 0 | 15−02114 | McCloud et al v. Syngenta Corporation et al |
| MN | 0 | 15−02115 | Egan Farms LLC et al v. Syngenta Corporation et al |
| MN | 0 | 15−02116 | Merestead Farms, LLC. et al v. Syngenta Corporation et al |
| MN | 0 | 15−02117 | Hilde et al v. Syngenta Corporation et al |
| MN | 0 | 15−02118 | Steinlage et al v. Syngenta Corporation et al |
| MN | 0 | 15−02119 | Brown et al v. Syngenta Corporation et al |
| MN | 0 | 15−02120 | Weber et al v. Syngenta Corporation et al |
| MN | 0 | 15−02121 | Claussen et al v. Syngenta Corporation et al |
| MN | 0 | 15−02122 | Lorenz et al v. Syngenta Corporation et al |
| MN | 0 | 15−02123 | Leita et al v. Syngenta Corporation et al |
| MN | 0 | 15−02124 | Ripley Farms, LLC v. Syngenta Corporation et al |
| MN | 0 | 15−02125 | Lundquist Bros Inc. et al v. Syngenta Corporation et al |
| MN | 0 | 15−02126 | McCarty et al v. Syngenta Corporation et al |
| MN | 0 | 15−02127 | Bonnstetter et al v. Syngenta Corporation et al |
| MN | 0 | 15−02128 | Hamele et al v. Syngenta Corporation et al |
| MN | 0 | 15−02129 | Lebrun et al v. Syngenta Corporation et al |
| MN | 0 | 15−02130 | Peterson et al v. Syngenta Corporation et al |
| MN | 0 | 15−02131 | Bigger et al v. Syngenta Corporation et al |
| MN | 0 | 15−02133 | Vrchota et al v. Syngenta Corporation et al |
| MN | 0 | 15−02134 | Nansel et al v. Syngenta Corporation et al |
| MN | 0 | 15−02135 | J&C Farms Partnership et al v. Syngenta Corporation et al |
| MN | 0 | 15−02136 | Hochstein et al v. Syngenta Corporation et al |
| MN | 0 | 15−02137 | Schroedl et al v. Syngenta Corporation et al |
| MN | 0 | 15−02138 | Larson et al v. Syngenta Corporation et al |
| MN | 0 | 15−02139 | Britz et al v. Syngenta Corporation et al |
| MN | 0 | 15−02141 | Oerter et al v. Syngenta Corporation et al |
| MN | 0 | 15−02142 | Weis et al v. Syngenta Corporation et al |
| MN | 0 | 15−02143 | Dimberg v. Syngenta Corporation et al |
| MN | 0 | 15−02144 | Seaton et al v. Syngenta Corporation et al |
| MN | 0 | 15−02145 | Hansen et al v. Syngenta Corporation et al |

| | | | |
|----|---|----------|---------------------------------------------------------|
| MN | 0 | 15–02146 | Zemke et al v. Syngenta Corporation et al |
| MN | 0 | 15–02148 | Schulz et al v. Syngenta Corporation et al |
| MN | 0 | 15–02149 | Fronning et al v. Syngenta Corporation et al |
| MN | 0 | 15–02150 | Neaton v. Syngenta Corporation et al |
| MN | 0 | 15–02151 | Kerkaert et al v. Syngenta Corporation et al |
| MN | 0 | 15–02153 | Benedict et al v. Syngenta Corporation et al |
| MN | 0 | 15–02154 | Carroll v. Syngenta Corporation et al |
| MN | 0 | 15–02156 | Burmeister et al v. Syngenta Corporation et al |
| MN | 0 | 15–02157 | Petersen et al v. Syngenta Corporation et al |
| MN | 0 | 15–02158 | Scott Family Farms LLC et al v. Syngenta Corporation et al |
| MN | 0 | 15–02159 | Verly et al v. Syngenta Corporation et al |
| MN | 0 | 15–02160 | Zempel et al v. Syngenta Corporation et al |
| MN | 0 | 15–02161 | Miller et al v. Syngenta Corporation et al |
| MN | 0 | 15–02163 | Walwick et al v. Syngenta Corporation et al |
| MN | 0 | 15–02164 | Chan et al v. Syngenta Corporation et al |
| MN | 0 | 15–02165 | Gilbertson et al v. Syngenta Corporation et al |
| MN | 0 | 15–02166 | Radunz et al v. Syngenta Corporation et al |
| MN | 0 | 15–02167 | Riverview Farm, Inc. et al v. Syngenta Corporation et al |
| MN | 0 | 15–02169 | Lange et al v. Syngenta Corporation et al |
| MN | 0 | 15–02170 | Ohe et al v. Syngenta Corporation et al |
| MN | 0 | 15–02171 | Schwartz v. Syngenta Corporation et al |
| MN | 0 | 15–02172 | Swenson v. Syngenta Corporation et al |
| MN | 0 | 15–02173 | Sieve v. Syngenta Corporation et al |
| MN | 0 | 15–02174 | Anderson v. Syngenta Corporation et al |
| MN | 0 | 15–02175 | Minett v. Syngenta Corporation et al |
| MN | 0 | 15–02176 | Christensen v. Syngenta Corporation et al |
| MN | 0 | 15–02177 | Schurmann v. Syngenta Corporation et al |
| MN | 0 | 15–02178 | Richter et al v. Syngenta Corporation et al |
| MN | 0 | 15–02179 | Schmidt et al v. Syngenta Corporation et al |
| MN | 0 | 15–02180 | Rosival et al v. Syngenta Corporation et al |